IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et. al. ex rel.*, VERONICA GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> TRUNG MINH TANG, *et. al.*, <br><br> Defendants. | Civil Action No. 3:12-CV-2126-M |

ORDER

The United States of America, the State of Texas, and Relator Veronica Garcia filed a Joint Stipulation of Dismissal of this case pursuant to 31 U.S.C. § 3730(b)(1), and the Court rules as follows:

IT IS ORDERED that this action is hereby dismissed with prejudice with respect to the United States and Texas, and that this action is dismissed without prejudice as to the states of New Mexico and Louisiana.

IT IS FURTHER ORDERED that this action is hereby dismissed with prejudice with respect to Relator Veronica Garcia, save and except for any claims related to Relator Garcia's attorneys' fees.

IT IS FURTHER ORDERED that this Court will retain jurisdiction over any disputes that may arise regarding the Settlement Agreement fully and finally executed by the parties on January 3, 2017.

SO ORDERED.

Dated January 6, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE